**ORIGINAL**



**FILED**

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

_____

Honorable John Mercer, Judge of the District Court for the Twentieth Judicial District of the State of Montana, has requested the assistance of retired District Judge Robert G. Olson to assume jurisdiction of Twentieth Judicial District Court, Lake County Cause No. DV-22-193, *Lori Lundeen v. Lake County*.

Judge Olson has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Twentieth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. Honorable Robert G. Olson, retired District Judge, is hereby called to active service in the District Court of the Twentieth Judicial District of the State of Montana, to assume judicial authority of Lake County Cause No. DV-22-193, *Lori Lundeen v. Lake County*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Olson shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Lake County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to Honorable John Mercer, Honorable Robert G. Olson, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this ___8___ day of July, 2024.

_____
Chief Justice

**FILED**

JUL 0 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana